UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL E. PEREZ GONZALEZ,

Plaintiff,

-against-

NEW YORK; CT; MA,

Defendants.

26-CV-5963 (LTS)

ORDER DENYING IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Leave to proceed in this Court without prepayment of fees is denied. The Court has issued two orders directing Plaintiff to submit a fully completed *in forma pauperis* ("IFP") application showing that he is unable to pay the filing fees. (ECF 3, 5.) Although Plaintiff responded by submitting IFP applications (ECF 4, 6), these are not fully completed and many questions are left blank. Plaintiff's IFP applications do not establish how he is paying his expenses and supporting two dependents or show whether he is unable to pay the filing fees. There is no information about income or whether Plaintiff has any assets.

Accordingly, Plaintiff is directed to pay $405.00 in fees – a $350.00 filing fee and a $55.00 administrative fee – within 30 days of the date of this order. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice to refiling a new action.

SO ORDERED.

Dated: October 5, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge